

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00314-CV

Hilmar Daniel **BLUMBERG**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2016CV0054
Honorable Frank Follis, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 15, 2016

DISMISSED

Appellant has filed a "Withdrawal of Notice of Appeal," stating that he does not desire to appeal the judgment. We construe appellant's filing as a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM